HTON (2827)
ee

68-8416

STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| BENJAMIN C. HIATT<br>MARJORIE A. HIATT | Bankruptcy No. 10-37053 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92004933690066.

3. The amounts are as follows:

| | |
|---|---|
| Utah Valley Oral Surgery<br>480 West 800 North<br>Orem, Utah 84057 | $ .32 |
| Chase Bank USA, N.A.<br>P.O. Box 15145<br>Welmington, DE 19850-5145 | 4.57 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento CA 95812-2952 | 2.88 |

4. A check in the amount of $7.77, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this _15_ day of _Sept_, 2011.

_____
KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _15_ day of _September_, 2011.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____